**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| CYNTHIA BROUGHTON, | ) CASE NO. 1:20-CV-261 |
| Plaintiff, | ) Judge Susan J. Dlott |
| | ) Magistrate Judge Karen L. Litkovitz |
| v. | ) |
| | ) **JOINT MOTION TO ENTER** |
| SHOE SHOW, INC., | ) **PROPOSEED CALENDAR ORDER** |
| Defendant. | ) |

> Granted.
> 12:03 PM, Mar 25, 2021
> Karen L. Litkovitz
> United States Magistrate Judge

Comes now Plaintiff Cynthia Broughton ("Plaintiff") and Defendant Shoe Show, Inc. ("Shoe Show"), through counsel, to respectfully request that the Court enter the Proposed Calendar Order attached hereto as Exhibit A. This Motion and Proposed Calendar Order are submitted pursuant to the Court's February 24, 2021, Minute Entry requesting that counsel for Plaintiff and Shoe Show meet and confer on a proposed calendar order.

A copy of the Proposed Scheduling Order is also being sent by electronic mail to Magistrate Judge Litkovitz's chambers for consideration.

14256624v1

Respectfully submitted,

| | |
|---|---|
| /s/ *Justin J. Joyce* | /s/ *Gary F. Franke  (w/* |
| Justin J. Joyce (0090683) | *Email authority given 3/24/2021)* |
| Porter Wright Morris & Arthur LLP | Gary F. Franke (0029793) |
| 250 East Fifth Street, Suite 2200 | Michael D. O'Neill (0075195) |
| Cincinnati, Ohio 45202 | GARY F. FRANKE CO., L.P.A. |
| (513) 381-4700 ‖ (513) 421-0991 (F) | 120 East Fourth Street, Suite 1040 |
| jjoyce@porterwright.com | Cincinnati, Ohio 45202 |
| | Telephone:    (513) 564-9222 |
| Tracey L. Turnbull (0066958) | Facsimile:     (513) 564-9990 |
| Porter Wright Morris & Arthur LLP | Email: gff@garyfrankelaw.com |
| 950 Main Avenue, Suite 500 | Email: mdo@garyfrankelaw.com |
| Cleveland, Ohio 44113 | |
| (216) 443-9000 ‖ (216) 443-9011 (F) | *Trial Attorneys for Plaintiff Cynthia Broughton* |
| tturnbull@porterwright.com | |

*Trial Attorney and Attorney for Defendant Shoe Show, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2021, a true copy of the foregoing was served upon opposing counsel of record by operation of the Court's CM/ECF system.

/s/  *Justin J. Joyce*
Counsel for Defendant Shoe Show, Inc.

# **EXHIBIT A**